**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7269**

———————

RYLAND LEE HARVEY,

Petitioner - Appellant,

versus

LONNIE M. SAUNDERS,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-98-1387-AM)

———————

Submitted: October 4, 2001          Decided: October 11, 2001

———————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Ryland Lee Harvey, Appellant Pro Se. Robert H. Anderson, III, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ryland Lee Harvey seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Harvey v. Saunders, No. CA-98-1387-AM (E.D. Va. filed Aug. 10, 1999; entered Aug. 11, 1999); see also Crawley v. Catoe, 257 F.3d 395 (4th Cir. 2001).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] This appeal was originally placed in abeyance for No. 00-6187, Atkinson v. Angelone.

2